UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KAMISHA DEWITT,<br><br>    *Plaintiff*,<br><br>v.<br><br>CRUX BIOMEDICAL, INC.; VOLCANO CORPORATION; and KONINKLIJKE PHILIPS N.V.,<br><br>    *Defendants*. | § § § § § § § § § § § § | CASE NO. 3:21-cv-00175<br>JURY |

**UNOPPOSED STIPULATION (PROPOSED) SECOND AMENDED DOCKET-CONTROL ORDER**

The Court sets the following amended deadlines:

| Current Dates | Proposed Amended Dates | Deadline |
|---|---|---|
| July 8, 2022 | August 8, 2022 | Expert reports by Plaintiff |
| August 12, 2022 | September 12, 2022 | Expert reports by Defendants |
| August 12, 2022 | August 12, 2022 | Discovery deadline |
| August 19, 2022 | August 19, 2022 | Dispositive Motions |
| October 14, 2022 | October 14, 2022 | All other Pretrial Motions |
| December 2, 2022 | December 2, 2022 | Exchange Pretrial Materials |
| December 9, 2022 | December 9, 2022 | Docket Call – set at 9:30 AM |

SIGNED on this the _____ day of June, 2022.

_____
**JEFFREY VINCENT BROWN**
**UNITED STATES DISTRICT JUDGE**