# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT IF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| KAMISHA DEWITT, | § § § § | |
| *Plaintiff,* | § § | CASE NO. 3:21-cv-00175 |
| v. | § § | JURY |
| CRUX BIOMEDICAL, INC.; VOLCANO CORPORATION; and KONINKLIJKE PHILIPS N.V., | § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING CRUX BIOMEDICAL LLC'S & PHILIPS IMAGE GUIDED THERAPY CORPORATION'S MOTION TO WITHDRAW COUNSEL

On this day came on to be heard the Motion to Withdraw Counsel of Defendants Crux Biomedical LLC and Philips Image Guided Therapy Corporation. The Court having considered the same is of the opinion that said Motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED and DECREED that Amanda R. McKinzie is hereby withdrawn as counsel for Defendants, and Katherine M. Handy of the law firm Bowman and Brooke LLP will continue to serve as their attorney in this matter.