# EXHIBIT D

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| KAMISHA DEWITT, § § *Plaintiff*, § § v. § § CRUX BIOMEDICAL, INC.; VOLCANO CORPORATION; and KONINKLIJKE PHILIPS N.V., § § § § § *Defendants*. § | CASE NO. 3:21-cv-00175 JURY |

## (PROPOSED) AMENDED DOCKET-CONTROL ORDER

The Court sets the following amended deadlines:

| Current Dates | Proposed Amended Dates | Deadline |
|---|---|---|
| July 8, 2022 | November 5, 2022 | Expert reports by Plaintiff |
| August 12, 2022 | December 9, 2022 | Expert reports by Defendants |
| August 12, 2022 | December 9, 2022 | Discovery deadline |
| August 19, 2022 | December 16, 2022 | Dispositive Motions |
| October 14, 2022 | February 10, 2022 | All other Pretrial Motions |
| December 2, 2022 | March 31, 2023 | Exchange Pretrial Materials |
| December 9, 2022 | April 3, 2023 | Docket Call – set at 9:30 AM |

SIGNED on this the _____ day of August, 2022.

_____
**JUDGE PRESIDING**